Mary Elizabeth Bosco, Patton Boggs, LLP, Washington, DC, for Plaintiff–Appellant.

Matthew H. Solomson, Department of Justice, Washington, DC, for Defendant–Appellee.

### ON MOTION

### ORDER

The parties move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**Joshua A. HINKLE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7094.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2011.

Laurence M. Sandell, Finnegan, Henderson, Farabow, Washington, DC, for Claimant–Appellant.

### ON MOTION

### ORDER

The parties jointly move to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.